**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OR AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:24-CV-00277-ALM-AGD** |
| **v.** | § | |
| | § | |
| **SCOTT GANN, ET AL,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT'S MOTION FOR NEW TRIAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Scott Gann, Defendant and files this, Defendant's Motion for New Trial and will show this Court as follows:

**I.**

**FIRST APPEARANCE OF CIAROCHI LAW FIRM IN THIS CASE**

Plaintiffs requests that Jason Ciarochi of Ciarochi Law Firm, PLLC who was admitted for practice into the Eastern District of Texas on September 26, 2004, 214-642-2424 and has a mailing address of P.O. Box 29256, Dallas, Texas 75229, be designated as its counsel of record with contact emails of jasonciarochi@gmail.com. This law office is very grateful for everyone's courtesy regarding these matters.

**II.**

**MOTION FOR NEW TRIAL**

As verified in the Affidavit of Scott Gann and in the interest of the integrity of the judicial process and justice in general, Defendant respectfully moves for and requests that this

Court enter an order vacating the Order Granting Summary Judgment ("SJ" or "MSJ" order) from March 25, 2025, vacate the order of the magistrate recommending that MSJ be granted dated March 6, 2025, vacate the order appointing a realtor as a receiver and demanding that the Defendant vacate his homestead within 30 days, and schedule a full evidentiary hearing on the issue of the transcripts/recorded meetings with witnesses where Defendant expects Mimi Robertson Beck to testify that she was intimidated and scared based upon the conduct of the attorneys for United States who more than intimated that her testimony needed to convince the Court that Gann was the decision maker with regards to the 2004, 2005, and 2006 941 quarterly withholding payments that the United States was actively seeking to pin on Scott Gann.

Whereas Defendant did not know of the witness intimidation issues until fairly recently, Defendant prays that this Court will pause or stay the appointment of a receiver or if a receiver has already been appointed, that the Court will enter an order that the receiver's actions related to collection be suspended until after the Court makes rulings with regards to the best way to deal with these issues.

Pursuant to Rule 15 and 26 of the Federal Rules of Civil Procedure, Defendant was entitled to know whether Mimi Robertson Beck was threatened, intimidated, or promised non prosecution only in the event that the Court found that Mr. Gann was a party responsible for and capable of paying the penalties related to withholding / 941 quarterly payments that were not submitted to the government in 2004-2006. If there were witness recordings that were reduced to transcripts on multiple occasions which were not shared pursuant to Rule 15 and 26, then the only fair result is to remove all liability imputed or assigned to Scott Gann and take actions to guarantee that the United States will comply with FRCP in the future.

**If WHEREFORE, PREMISES CONSIDERED**, Defendant Scott Gann prays that this

Court will vacate the order granting summary judgment executed on March 25, 2025 and the order recommending summary judgment executed by the magistrate on March 6, 2025; vacate the order of the original trial of this matter resulting in a finding of tax liability for TFRPs for the years of 2005, 2006, and 2007; order the United States to produce information relating to which attorneys worked on the underlying case ten years ago and search diligently to obtain a copy of transcripts or other recorded statements of Mimi Robertson Beck; consider staying or vacating any order appointing a receiver; and set this matter for a hearing. Additionally, Defendant prays for any and such other and further relief to which it may be justly entitled.

Respectfully submitted,

**Jason Charles Ciarochi**

/s/ Jason Charles Ciarochi
**Jason Charles Ciarochi**
Texas Bar No.24012424
jasonciarochi@gmail.com

P. O. Box 29256
Dallas, Texas 75229
(214) 642-2424

**ATTORNEY FOR DEFENDANT SCOTT GANN**

## CERTIFICATE OF CONFERENCE

I hereby certify that this Motion for New Trial and the Affidavit of Scott Gann in support of Motion for New Trial, were eserved via all parties via PACER/ECF filing on April 22, 2025. Because of the necessity of efiling this document before midnight, Ciarochi needed to file this without waiting for a full conference and feedback first. Ciarochi and Counsel for the United States have discussed the basic issue of this Motion for New Trial a few weeks back and Ciarochi, who recently learned that a witness was recorded (and transcribed) during several mandatory meetings with the attorney for the United States, had to discuss the witness and determine her commitment to discussing what happened (which was not disclosed to Defendant prior to trial).

***/s/ Jason Charles Ciarochi***
Jason Charles Ciarochi

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, a true and correct copy of the foregoing *Motion for New Trial* was filed and served upon all parties and counsel of record pursuant to the Court's ECF Notification system and the Federal Rule of Civil Procedure.

***/s/ Jason Charles Ciarochi***
Jason Charles Ciarochi