**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**DATE: January 15, 2026**

| **DISTRICT JUDGE**<br>**Jeremy D. Kernodle** | **COURT REPORTER: Debbie Saenz**<br>**COURTROOM DEPUTY: Suzanne Wimberley** |
|---|---|
| United States of America<br>v.<br>Scott Gann, et al | 4:24-cv-277 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Michael May | Emileigh Hubbard |
| | Howard Marc Spector |
| | Jason Charles Ciarochi, did not appear |

On this day, came the parties by their attorneys and the following proceedings were held in Plano, TX:

| TIME: | MINUTES: Status Conference |
|---|---|
| 3:31 pm | Court calls the case. Appearances noted. |
| 3:33 pm | Court and Mr. May discuss various issues. |
| 3:37 pm | Court, Mr. Spector and Ms. Hubbard discuss various issues. |
| 3:39 pm | Court and Mr. May discuss further issues. |
| 3:41 pm | Court notes that Mr. Gann’s counsel did not appear. Court adjourned. |

DAVID O'TOOLE, CLERK

BY: Suzanne Wimberley
Courtroom Deputy Clerk